CO-386
10/2018

# United States District Court
# For the District of Columbia

OGEECHEE RIVERKEEPER )
)
)
)
)
             Plaintiff )
)
vs )    Civil Action No._____
)
UNITED STATES DEPARTMENT OF )
DEFENSE )
)
)
           Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Ogeechee Riverkeeper__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Ogeechee Riverkeeper__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Megan Huynh* (signature)

Signature

GA0039
BAR IDENTIFICATION NO.

Megan Huynh
Print Name

10 10th Street NW, Suite 1050
Address

Atlanta, Georgia 30309
City    State    Zip Code

(404) 521-9900
Phone Number